No. 23-5110

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

PETER POE, et al.,

*Plaintiffs-Appellants*,

v.

GENTNER DRUMMOND, in his official capacity as
Attorney General of the State of Oklahoma, et al.,

*Defendants-Appellees*.

On Appeal from the United States District Court for the
Northern District of Oklahoma, No. 4:23-cv-00177-JFH-SH (Heil, J.)

## MOTION FOR WITHDRAWAL OF APPEARANCE OF EMILY A. VERNON ON BEHALF OF *AMICI CURIAE* AMERICAN ACADEMY OF PEDIATRICS AND ADDITIONAL MEDICAL AND MENTAL HEALTH ORGANIZATIONS IN SUPPORT OF PLAINTIFFS-APPELLANTS

Emily A. Vernon, having entered an appearance in this case on behalf of *amici curiae* the American Academy of Pediatrics, the Academic Pediatric Association, the American Academy of Child & Adolescent Psychiatry, the American Academy of Family Physicians, the American Academy of Nursing, the American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals

Advancing LGBTQ+ Equality, the American College of Obstetricians and Gynecologists, the American College of Osteopathic Pediatricians, the American College of Physicians, the American Medical Association, the American Pediatric Society, the Association of Medical School Pediatric Department Chairs, Inc., the Endocrine Society, the National Association of Pediatric Nurse Practitioners, the Pediatric Endocrine Society, the Societies for Pediatric Urology, the Society for Adolescent Health and Medicine, the Society for Pediatric Research, the Society of Pediatric Nurses, and the World Professional Association for Transgender Health (collectively, "*amici*"), moves this Court for an order directing the Clerk to remove her from all service and notice lists, including electronic service, with respect to this case.

As of October 18, 2024, Ms. Vernon will no longer be an associate at the law firm of Covington & Burling LLP. *Amici* continue to be represented by D. Jean Veta, Cortlin H. Lannin, and William R. Isasi, all of whom have entered appearances on *amici*'s behalf.

Dated: October 14, 2024

Respectfully submitted,

*/s/ Emily A. Vernon*

Emily A. Vernon
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
(202) 662-5061

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

1.    This document complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because this document contains 213 words.

2.    This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Century Schoolbook font.

Dated: October 14, 2024

                                                */s/ Emily A. Vernon*

                                                Emily A. Vernon

                                                *Counsel for Amici Curiae*

# CERTIFICATE OF SERVICE

I certify that on October 14, 2024, I electronically filed this Motion for Withdrawal of Appearance with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Emily A. Vernon*

Emily A. Vernon
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
(202) 662-5061

*Counsel for Amici Curiae*