FILED
United States Court of Appeals
Tenth Circuit

October 29, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

PETER POE, by and through his parents and next friends, Paula Poe and Patrick Poe, et al.,

    Plaintiffs - Appellants,

and

DR. SHAUNA LAWLIS, on behalf of her patients,

    Plaintiff,

v.

GENTNER F DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma, et al.,

    Defendants - Appellees.

------------------------------

STATE OF CALIFORNIA, et al.,

    Amici Curiae.

No. 23-5110
(D.C. No. 4:23-CV-00177-JFH-SH)
(N.D. Okla.)

_____

**ORDER**
_____

Before **HARTZ**, **PHILLIPS**, and **CARSON**, Circuit Judges.
_____

    This matter is ABATED pending the Supreme Court's issuance of a decision in *United States v. Skrmetti*, No. 23-477. Within 90 days of the date of this order, and every

30 days thereafter, the parties shall file a joint status report advising this court of the status of the Supreme Court's proceedings in *Skrmetti*. Upon the issuance of the Supreme Court's decision in *Skrmetti*, the parties shall notify this court forthwith.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk
