IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| PETER POE, by and through his parents and next friends, Paula Poe and Patrick Poe, et al.,<br><br>        *Plaintiffs-Appellants*,<br><br>v.<br><br>GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma, et al.,<br><br>        *Defendants-Appellees*. | No. 23-5110 |

## **JOINT STATUS REPORT**

On October 29th, 2024, this Court ordered this appeal abated pending the Supreme Court's decision in *United States v. Skrmetti*, No. 23-477, and directed the parties to file a joint status report advising the Court of the status of the proceedings in *Skrmetti* within 90 days, and every 30 days thereafter, of the Court's Order. Therefore, the parties hereby jointly file this report on the status of *Skrmetti*.

On December 4, 2024, *United States v. Skrmetti* was argued by Elizabeth B. Prelogar, for the Petitioner; Chase B. Strangio, for the private Respondents in support of the Petitioner; and J. Matthew Rice, for the state Respondents. The case was submitted after argument, and no decision has issued.

1

Dated this 27th of January, 2025.     Respectfully submitted,

*s/ Devraat Awasthi*
Megan Lambert (OBA No. 33216)
Devraat Awasthi (OBA No. 35544)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
(405) 286-1291
dawasthi@acluok.org

*Counsel for Plaintiffs-Appellants*

*s/ Garry M. Gaskins, II*
GARRY M. GASKINS, II
*Solicitor General*
ZACH WEST
*Director of Special Litigation*
WILL FLANAGAN
*Assistant Solicitor General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 522-4798
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
Will.Flanagan@oag.ok.gov

*Counsel for Defendants-Appellees 15-53*

*s/ J. Craig Buchan*

J. Craig Buchan, OBA #19420
MCAFEE & TAFT
Two West Second Street, Ste. 1100
Tulsa, Oklahoma 74103
Telephone (918) 587-0000
Facsimile (918) 599-9317
craig.buchan@mcafeetaft.com

and

Ronald T. Shinn Jr., OBA #19569
Jennie Mook, OBA #34727
MCAFEE & TAFT
Two Leadership Square, 8th Floor
211 N. Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
ron.shinn@mcafeetaft.com
jennie.mook@mcafeetaft.com

*Counsel for Defendants-Appellees OU Medicine, Inc. and Dr. Richard Lofgren*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27th, 2025, I filed a true and correct copy of the foregoing with the Clerk of the United States Court of Appeals for the Tenth Circuit by using the appellate case filing CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*s/ Devraat Awasthi*
Devraat Awasthi

## CERTIFICATE OF COMPLIANCE

This response complies with the typeface requirements of Fed. R. App. P. 32(c)(2) because it was prepared in a proportionally spaced font (Times New Roman, 14-point) using Microsoft Word.

*s/ Devraat Awasthi*
Devraat Awasthi

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that all required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5) and 10th Cir. R. 25.5; and that this digital submission has been scanned for viruses using BitDefender and, according to that program, is virus free.

*s/ Devraat Awasthi*
Devraat Awasthi
