CONFIDENTIAL/WORK PRODUCT/PRIVILEGED

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| PETER POE, by and through his parents and next friends, Paula Poe and Patrick Poe, et al., <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma, et al., <br><br> *Defendants-Appellees*. | No. 23-5110 |

## JOINT STATUS REPORT

On October 29th, 2024, this Court ordered this appeal abated pending the Supreme Court's decision in *United States v. Skrmetti*, No. 23-477, and directed the parties to file a joint status report advising the Court of the status of the proceedings in *Skrmetti* within 90 days of the Court's Order and every 30 days thereafter. Therefore, the parties hereby jointly file this report on the status of *Skrmetti*.

On December 4, 2024, *United States v. Skrmetti* was argued by Elizabeth B. Prelogar, for the Petitioner; Chase B. Strangio, for the private Respondents in support of the Petitioner; and J. Matthew Rice, for the state Respondents. The case was submitted after argument, and no decision has issued.

1

| | |
|---|---|
| Dated this 26th of February, 2025. | Respectfully submitted,<br>*s/ Megan Lambert*<br>Megan Lambert (OBA No. 33216)<br>Devraat Awasthi (OBA No. 35544)<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF OKLAHOMA<br>P.O. Box 13327<br>Oklahoma City, OK 73113<br>(405) 525-3831<br>mlambert@acluok.org<br><br>*Counsel for Plaintiffs-Appellants*<br><br>*s/ Garry M. Gaskins, II*<br>GARRY M. GASKINS, II<br>*Solicitor General*<br>ZACH WEST<br>*Director of Special Litigation*<br>WILL FLANAGAN<br>*Assistant Solicitor General*<br>OFFICE OF ATTORNEY GENERAL<br>STATE OF OKLAHOMA<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105<br>Phone: (405) 522-4798<br>Garry.Gaskins@oag.ok.gov<br>Zach.West@oag.ok.gov<br>Will.Flanagan@oag.ok.gov<br><br>*Counsel for Defendants-Appellees 15-53*<br><br>*s/ J. Craig Buchan*<br>J. Craig Buchan, OBA No. 19420<br>MCAFEE & TAFT A<br>  PROFESSIONAL CORPORATION<br>Two West Second Street, Ste. 1100<br>Tulsa, Oklahoma 74103<br>Telephone (918) 587-0000<br>Facsimile (918) 599-9317 |

CONFIDENTIAL/WORK PRODUCT/PRIVILEGED

craig.buchan@mcafeetaft.com

and

Ronald T. Shinn Jr., OBA No. 19569
Jennie Mook, OBA No. 34727
MCAFEE & TAFT A
 PROFESSIONAL CORPORATION
211 North Robinson, 8th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
ron.shinn@mcafeetaft.com
jennie.mook@mcafeetaft.com

*Counsel for Defendants/Appellees, OU Medicine, Inc. and Dr. Richard Lofgren*

CONFIDENTIAL/WORK PRODUCT/PRIVILEGED

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, I filed a true and correct copy of the foregoing with the Clerk of the United States Court of Appeals for the Tenth Circuit by using the appellate case filing CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*s/ Megan Lambert*
Megan Lambert

## CERTIFICATE OF COMPLIANCE

This response complies with the typeface requirements of Fed. R. App. P. 32(c)(2) because it was prepared in a proportionally spaced font (Times New Roman, 14-point) using Microsoft Word.

*s/ Megan Lambert*
Megan Lambert

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that all required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5) and 10th Cir. R. 25.5; and that this digital submission has been scanned for viruses using Microsoft Defender and, according to that program, is virus free.

*s/ Megan Lambert*
Megan Lambert
