# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Peter Poe, et al.

Plaintiffs-Appellants

v.

Gentner Drummond, et al.,

Defendants-Appellees

Case No. 23-5110

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

United States of America
_____
[Party or Parties][1]

_____

Amicus Curiae
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Sydney A.R. Foster
_____     _____
Name of Counsel                              Name of Counsel

s/ Sydney A.R. Foster
_____     _____
Signature of Counsel                         Signature of Counsel

Ben Franklin Station, P.O. Box 14403, Washington, D.C. 20044-4403
202-305-5941
_____     _____
Mailing Address and Telephone Number         Mailing Address and Telephone Number

sydney.foster@usdoj.gov
_____     _____
E-Mail Address                               E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

02/28/25
Date

s/ Sydney A.R. Foster
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ___02/28/25___ I sent a copy of this Entry of Appearance
           [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                               [state method of service]

02/28/25
_____
Date

s/ Sydney A.R. Foster
_____
Signature