IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

———————————

No. 23-5110

PETER POE, et al.,

Plaintiffs-Appellants

v.

GENTNER DRUMMOND, et al.,

Defendants-Appellees

———————————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA
The Honorable Judge John F. Heil, III
No. 23-cv-00177-JFH-SH

———————————

NOTICE OF WITHDRAWAL OF THE UNITED STATES'
BRIEF AS AMICUS CURIAE

———————————

After the change in Administrations, the United States is hereby

withdrawing its brief as amicus curiae, filed on November 16, 2023.

Respectfully submitted,

MAC WARNER
  Deputy Assistant Attorney General

s/ Sydney A.R. Foster
SYDNEY A.R. FOSTER
  Attorney
  Department of Justice
  Civil Rights Division
  Appellate Section
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C.  20044-4403
  (202) 305-5941