IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| PETER POE, by and through his parents and next friends, Paula Poe and Patrick Poe, et al.,<br><br>         *Plaintiffs-Appellants*,<br><br>v.<br><br>GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma, et al.,<br><br>         *Defendants-Appellees*. | No. 23-5110 |

## JOINT STATUS REPORT

On October 29th, 2024, this Court ordered this appeal abated pending the Supreme Court's decision in *United States v. Skrmetti*, No. 23-477, and directed the parties to file a joint status report advising the Court of the status of the proceedings in *Skrmetti* within 30 days of the Court's Order and every 30 days thereafter. Therefore, the parties hereby jointly file this report on the status of *Skrmetti*.

On December 4, 2024, *United States v. Skrmetti* was argued by Elizabeth B. Prelogar, for the Petitioner; Chase B. Strangio, for the private Respondents in support of the Petitioner; and J. Matthew Rice, for the state Respondents. The case was submitted after argument.

...

On February 7, 2025, the United States notified the Supreme Court that the United States' position in this case has changed due to the change in administrations. Letter from Curtis E. Gannon, Deputy U.S. Solicitor General, to Hon. Scott S. Harris, Clerk of the U.S. Supreme Court (Feb. 7, 2025).[1] The letter, however, requested that the Supreme Court not consider the case moot and issue a decision on the merits. No decision has issued.

Dated this 28th of April, 2025.

Respectfully submitted,
*s/ Devraat Awasthi*
Megan Lambert (OBA No. 33216)
Devraat Awasthi (OBA No. 35544)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
(405) 525-3831
mlambert@acluok.org

*Counsel for Plaintiffs-Appellants*

*s/ Garry M. Gaskins, II*
GARRY M. GASKINS, II
*Solicitor General*
ZACH WEST
*Director of Special Litigation*
WILL FLANAGAN
*Assistant Solicitor General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 522-4798
Garry.Gaskins@oag.ok.gov

---

[1] https://perma.cc/R56X-ZDJF.

Zach.West@oag.ok.gov
Will.Flanagan@oag.ok.gov

*Counsel for Defendants-Appellees 15-53*

*s/ J. Craig Buchan*
J. Craig Buchan, OBA No. 19420
MCAFEE & TAFT A
 PROFESSIONAL CORPORATION
Two West Second Street, Ste. 1100
Tulsa, Oklahoma 74103
Telephone (918) 587-0000
Facsimile (918) 599-9317
craig.buchan@mcafeetaft.com

and

Ronald T. Shinn Jr., OBA No. 19569
Jennie Mook, OBA No. 34727
MCAFEE & TAFT A
 PROFESSIONAL CORPORATION
211 North Robinson, 8th Floor
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-9621
Facsimile: (405) 235-0439
ron.shinn@mcafeetaft.com
jennie.mook@mcafeetaft.com

*Counsel for Defendants/Appellees, OU Medicine, Inc. and Dr. Richard Lofgren*

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2025, I filed a true and correct copy of the foregoing with the Clerk of the United States Court of Appeals for the Tenth Circuit by using the appellate case filing CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*s/ Devraat Awasthi*
Devraat Awasthi

## CERTIFICATE OF COMPLIANCE

This response complies with the typeface requirements of Fed. R. App. P. 32(c)(2) because it was prepared in a proportionally spaced font (Times New Roman, 14-point) using Microsoft Word.

*s/ Devraat Awasthi*
Devraat Awasthi

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that all required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5) and 10th Cir. R. 25.5; and that this digital submission has been scanned for viruses using BitDefender and, according to that program, is virus free.

*s/ Devraat Awasthi*
Devraat Awasthi
