IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| PETER POE, by and through his parents and next friends, Paula Poe and Patrick Poe, et al., <br><br> *Plaintiffs-Appellants*, <br><br> v. <br><br> GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma, et al., <br><br> *Defendants-Appellees*. | No. 23-5110 |

## JOINT STATUS REPORT

On October 29th, 2024, this Court ordered this appeal abated pending the Supreme Court's decision in *United States v. Skrmetti*, No. 23-477, and directed the parties to file a joint status report advising the Court of the status of the proceedings in *Skrmetti* within 30 days of the Court's Order and every 30 days thereafter, and to notify the Court forthwith upon the issuance of the Supreme Court's decision in *Skrmetti*.

Therefore, the parties jointly file this status report to notify the Court that the Supreme Court's decision in *Skrmetti* issued this morning. The Court affirmed the

1

judgment of the Sixth Circuit U.S. Court of Appeals. The Court's slip opinion and the concurring and dissenting opinions are attached to this report as Exhibit 1.

Plaintiffs-Appellants believe supplemental briefing is appropriate, but the parties will confer and advise the court by forthcoming motion on their respective positions with respect to supplemental briefing and any related schedule.

Dated this 18th of June, 2025.

Respectfully submitted,

*s/ Devraat Awasthi*
Megan Lambert (OBA No. 33216)
Devraat Awasthi (OBA No. 35544)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF OKLAHOMA
P.O. Box 13327
Oklahoma City, OK 73113
(405) 286-1291
dawasthi@acluok.org

*Counsel for Plaintiffs-Appellants*

*s/ Garry M. Gaskins, II*
GARRY M. GASKINS, II
*Solicitor General*
ZACH WEST
*Director of Special Litigation*
WILL FLANAGAN
*Assistant Solicitor General*
OFFICE OF ATTORNEY GENERAL
STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 522-4798
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
Will.Flanagan@oag.ok.gov

*Counsel for Defendants-Appellees 15-53*

s/ J. Craig Buchan
J. Craig Buchan, OBA No. 19420
MCAFEE & TAFT A
  PROFESSIONAL CORPORATION
Two West Second Street, Ste. 1100
Tulsa, Oklahoma 74103
Telephone (918) 587-0000
Facsimile (918) 599-9317
craig.buchan@mcafeetaft.com

*Counsel for Defendants/Appellees, OU Medicine, Inc. and Dr. Richard Lofgren*

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, I filed a true and correct copy of the foregoing with the Clerk of the United States Court of Appeals for the Tenth Circuit by using the appellate case filing CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*s/ Devraat Awasthi*
Devraat Awasthi

## CERTIFICATE OF COMPLIANCE

This response complies with the typeface requirements of Fed. R. App. P. 32(c)(2) because it was prepared in a proportionally spaced font (Times New Roman, 14-point) using Microsoft Word.

*s/ Devraat Awasthi*
Devraat Awasthi

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that all required privacy redactions have been made pursuant to Fed. R. App. P. 25(a)(5) and 10th Cir. R. 25.5; and that this digital submission has been scanned for viruses using BitDefender and, according to that program, is virus free.

*s/ Devraat Awasthi*
Devraat Awasthi
