FILED
United States Court of Appeals
Tenth Circuit

August 6, 2025

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| PETER POE, by and through his parents and next friends, Paula Poe and Patrick Poe; PAULA POE; PATRICK POE; DAPHNE DOE, by and through her guardian and next friend, Donna Doe; DONNA DOE; BRANDON BOE, by and through his parents and next friends, Bethany Boe and Benjamin Boe; BETHANY BOE; BENJAMIN BOE; LYDIA LOE, by and through her parent and next friend, Lauren Loe; LAUREN LOE; RYAN ROE, by and through his parents and next friends, Rachel Roe and Richard Roe; RACHEL ROE; RICHARD ROE,<br><br>    Plaintiffs - Appellants,<br><br>and<br><br>DR. SHAUNA LAWLIS, on behalf of her patients,<br><br>    Plaintiff,<br><br>v.<br><br>GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma; STEVEN KATSIS, M.D., in his official capacity as President of the Oklahoma State Board of Medical Licensure and Supervision; TREVOR NUTT, in his official capacity as Vice-President of the Oklahoma State Board of Medical Licensure and Supervision; CLAYTON BULLARD, in his official capacity as a member of the Oklahoma | No. 23-5110<br>(D.C. No. 4:23-CV-00177-JFH-SH)<br>(N.D. Okla.) |

State Board of Medical Licensure and Supervision; SUSAN CHAMBERS, M.D., in her official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; LOUIS COX, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; MARK FIXLEY, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; JEREMY HALL, in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; TIMOTHY HOLDER, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; ROBERT HOWARD, in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; ROSS VANHOOSER, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; DON WILBER, M.D., in his official capacity as a member of the Oklahoma State Board of Medical Licensure and Supervision; KATHERINE O'DELL, D.N.P., R.N., in her official capacity as President of the Oklahoma Board of Nursing; KYLE LEEMASTER, M.B.A., R.N., in his official capacity as Vice-President of the Oklahoma Board of Nursing; SHAWN STACHOVIC, L.P.N., in her official capacity as Secretary of the Oklahoma Board of Nursing; SHELLY SWALLEY, M.S., R.N., in her official capacity as a member of the Oklahoma Board of Nursing; LINDSAY POTTS, L.P.N., in her official capacity as a member of the Oklahoma Board of Nursing; AMBER GARRETSON, APRN-CNS, C.C.R.N., in her official capacity as a

member of the Oklahoma Board of Nursing; NIKOLE HICKS, Ph.D., R.N., CNE, in her official capacity as a member of the Oklahoma Board of Nursing; CALLIE RINEHART, M.S.N., R.N., C.P.N., in her official capacity as a member of the Oklahoma Board of Nursing; SHASTON SALIE, L.P.N., in her official capacity as a member of the Oklahoma Board of Nursing; GEORGINA CALHOUN, in her official capacity as a member of the Oklahoma Board of Nursing; MARISA WRAPE, in her official capacity as a member of the Oklahoma Board of Nursing; BRET S. LANGERMAN, D.O., in his official capacity as President of the Oklahoma State Board of Osteopathic Examiners; CATHERINE C. TAYLOR, J.D., in her official capacity as Vice President of the Oklahoma State Board of Osteopathic Examiners; DUANE G. KOEHLER, D.O., in his official capacity as Secretary-Treasurer of the Oklahoma State Board of Osteopathic Examiners; KATIE LYNN TEMPLETON, J.D., in her official capacity as a member of the Oklahoma State Board of Osteopathic Examiners; LEROY E. YOUNG, D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners; DENNIS J. CARTER, D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners; C. MICHAEL OGLE, D.O., in his official capacity as a member of the Oklahoma State Board of Osteopathic Examiners; CHELSEY D. GILBERTSON, D.O., in her official capacity as a member of the Oklahoma State Board of Osteopathic Examiners; UNIVERSITY HOSPITALS AUTHORITY; UNIVERSITY HOSPITALS TRUST; RANDY

3

DOWELL, in his official capacity as Chief Executive Officer of the University Hospitals Authority and the University Hospitals Trust; G. RAINEY WILLIAMS, in his official capacity as Chair of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust; JIM EVEREST, in his official capacity as Vice-Chair of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust; ANTHONY F. KEATING, III, in his official capacity as Secretary of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust; GARY E. RASKOB, in his official capacity as member of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust; KEVIN CORBETT, in his official capacity as member of the Board of Directors of the University Hospitals Authority and trustee of the University Hospitals Trust; OU MEDICINE, INC., an Oklahoma not-for-profit corporation, d/b/a OU Health; RICHARD LOFGREN, Dr., in his official capacity as President and Chief Executive Officer of OU Health,

    Defendants - Appellees.

------------------------------

STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF

MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF NEW YORK; STATE OF RHODE ISLAND; COMMONWEALTH OF PENNSYLVANIA; STATE OF WASHINGTON; STATE OF VERMONT; BIOMEDICAL ETHICS AND PUBLIC HEALTH SCHOLARS; STONEWALL EQUALITY LIMITED; SWEDISH FOUNDATION FOR LESBIAN, GAY, BISEXUAL, TRANSGENDER, QUEER AND INTERSEX RIGHTS; RFSL UNGDOM; TRANSAMMANS; SETA RY / SETA LGBTIQ RIGHTS IN FINLAND; NORWEGIAN ORGANIZATION FOR SEXUAL AND GENDER DIVERSITY; AUSTRALIAN PROFESSIONAL ASSOCIATION FOR TRANS HEALTH; BUNDESVERBAND TRANS E.V.; FUNDACION COLECTIVO HOMBRES XX, AC; PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH AOTEAROA NEW ZEALAND; FEDERACION ESTATAL DE LESBIANAS, GAIS, TRANS, BISEXUALES, INTERSEXUALES Y MAIS; AMERICAN ACADEMY OF PEDIATRICS; ACADEMIC PEDIATRIC ASSOCIATION; AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY; AMERICAN ACADEMY OF FAMILY PHYSICIANS; AMERICAN ACADEMY OF NURSING; AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC., DBA GLMA: Health Professionals Advancing LGBT Equality; AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS; AMERICAN

5

COLLEGE OF OSTEOPATHIC PEDIATRICIANS; AMERICAN COLLEGE OF PHYSICIANS; AMERICAN MEDICAL ASSOCIATION; AMERICAN PEDIATRIC SOCIETY; AMERICAN PSYCHIATRIC ASSOCIATION; ASSOCIATION OF MEDICAL SCHOOL PEDIATRIC DEPARTMENT CHAIRS, INC.; ENDOCRINE SOCIETY; NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS; PEDIATRIC ENDOCRINE SOCIETY; SOCIETIES FOR PEDIATRIC UROLOGY; SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE; SOCIETY FOR PEDIATRIC RESEARCH; SOCIETY OF PEDIATRIC NURSES; WORLD PROFESSIONAL ASSOCATION FOR TRANSGENDER HEALTH; GLBTQ LEGAL ADVOCATES & DEFENDERS; FREEDOM OKLAHOMA; PRISM PROJECT; NATIONAL CENTER FOR LESBIAN RIGHTS; KIM BANTA; SARAH DAVIS; JORDAN WILLOW EVANS; CHAD INGELS; ILEANA ROS-LEHTINEN; CHRIS SANDER; DAN ZWONITZER; ELLIOT PAGE; AZIZA AHMED; KHIARA M BRIDGES; DAVID S. COHEN; I. GLENN COHEN; CHARLENE GALARNEAU; JOANNA GROSSMAN; LISA C. IKEMOTO; MAYA MANIAN; MICHELLE OBERMAN; DARA PURVIS; RACHEL REBOUCH; JESSICA SILBEY; MICHAEL R. ULRICH; FAMILY RESEARCH COUNCIL; ALLIANCE DEFENDING FREEDOM; DO NO HARM; OKLAHOMA COUNCIL OF PUBLIC AFFAIRS; STATE OF ALABAMA; STATE OF ARKANSAS; STATE OF MISSOURI; STATE OF TENNESSEE; STATE OF ALASKA;

STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF LOUISIANA; STATE OF KANSAS; STATE OF KENTUCKY; STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TEXAS; STATE OF UTAH; STATE OF VIRGINIA; STATE OF WEST VIRGINIA; STATE OF IOWA,

    Amici Curiae.

_____

# JUDGMENT
_____

Before **HARTZ**, **PHILLIPS**, and **CARSON**, Circuit Judges.
_____

This case originated in the Northern District of Oklahoma and was argued by counsel.

The judgment of that court is affirmed.

    Entered for the Court

    CHRISTOPHER M. WOLPERT, Clerk