UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert　　　　　　　　　　　　　　　　　　　　　　　　Jane K. Castro
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy Clerk

August 28, 2025

Heidi D. Campbell
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:**　　23-5110, Poe, et al v. Drummond, et al
　　　　　Dist/Ag docket: 4:23-CV-00177-JFH-SH

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's August 6, 2025 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　Christopher M. Wolpert
　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

cc:　　Dana Bach
　　　Brian W. Barnes
　　　Carmine D. Boccuzzi
　　　Kathleen Boergers
　　　Alexander Barrett Bowdre
　　　Charles C. Bridge
　　　Emily Brody-Bizar
　　　Nicholas J. Bronni
　　　Nathaniel Bruhn
　　　J. Craig Buchan

Sasha Buchert
Brian Burgess
John J. Bursch
James A. Campbell
Louis Joseph Capozzi III
Andrew Rhys Davies
Sydney Duncan
Laura Joy Edelstein
Luis Felipe Escobedo
Madeleine V. Findley
William Patrick Flanagan
Garry Michael Gaskins II
Omar Gonzalez-Pagan
Kathleen R. Hartnett
Ryan Haynie
Zoe Helstrom
Jordan D. Hershman
William Isasi
Dylan L. Jacobs
Remi Jaffre
Katelyn Kang
Megan Lambert
Cortlin Hall Lannin
Christopher Ernest Mills
Anna Mizzi
Duy Nguyen
Peter A. Patterson
Luke C. Platzer
John Ramer
Elizabeth Reinhardt
Harper Samuel Seldin
Jocelyn Ann Sitton
Chase Strangio
David H. Thompson
Julie Veroff
D. Jean Veta
Jacob P Warner
Audrey A. Weaver
Zachary Paul West

CMW/djd