## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

PETER POE, *et al.*,

          *Plaintiff-Appellants*,

        v.

GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma, *et al.*,

        *Defendants-Appellees*.

No. 23-5110

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Rule 46.1 for the United States Court of Appeals for the Tenth Circuit, the undersigned attorney hereby appears as counsel for: Peter Poe, by and through his parents and next friends, Paula Poe and Patrick Poe; Paula Poe; Patrick Poe; Daphne Doe, by and through her guardian and next friend, Donna Doe; Donna Doe; Brandon Boe, by and through his parents and next friends, Bethany Boe and Benjamin Boe; Bethany Boe; Benjamin Boe; Lydia Loe, by and through her parent and next friend, Lauren Loe; Lauren Loe; Ryan Roe, by and through his parents and next friends, Rachel and Richard Roe; Rachel Roe; and Richard Roe, who are Plaintiffs-Appellants in the above-captioned case.

Dated this 16th day of October 2023.

Respectfully submitted,

 /s/Laura J. Edelstein
Laura J. Edelstein
      *Counsel of Record*
JENNER & BLOCK LLP
455 Market Street, Suite 2100
San Francisco, CA 94105
(628) 267-6800
LEdelstein@jenner.com

*Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☑ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

- Academic Pediatric Association – *Amicus*

- American Academy of Child & Adolescent Psychiatry – *Amicus*

- American Academy of Family Physicians – *Amicus*

- American Academy of Nursing – *Amicus*

- American Academy of Pediatrics – *Amicus*

- American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality – *Amicus*

- American College of Obstetricians and Gynecologists – *Amicus*

- American College of Osteopathic Pediatricians – *Amicus*

- American College of Physicians – *Amicus*

- American Medical Association – *Amicus*

- American Pediatric Society – *Amicus*

- Association of Medical School Pediatric Department Chairs, Inc. – *Amicus*

- Barnes, Brian W. – *Attorney for Amici*

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

- Boskey, Elizabeth – *Amicus*

- Buchert, Sasha – *Attorney for Plaintiffs*

- Cohen, David S. – *Amicus*

- Cohen, I. Glenn – *Amicus*

- Dorfman, Doron – *Amicus*

- Findley, Madeline V. – *Attorney for Plaintiffs*

- Fowler, John R. – *Attorney for the United States*

- Galarneau, Charlene A. – *Amicus*

- Greene, Lauren Michelle – *Attorney for Plaintiffs*

- Hartnett, Kathleen – *Attorney for Amici*

- Haynie, Ryan – *Attorney for Amici*

- Helstrom, Zoe – *Attorney for Amici*

- Isasi, William R. – *Attorney for Amici*

- Jacobs, Dylan L. – *Attorney for Amici*

- Jaffre, Remi – *Attorney for Plaintiffs*

- Kang, Katelyn L. – *Attorney for Amici*

- Lambert, Megan – *Attorney for Plaintiffs*

- Lannin, Cortlin H. – *Attorney for Amici*

- Lawlis, Dr. Shauna – *Plaintiff*

- Manian, Maya – *Amicus*

- McGuire, Lillian Margaret – *Attorney for Plaintiffs*

- Mondry, Emily – *Attorney for Amici*

- Mor, Yuval – *Attorney for Amici*

- National Association of Pediatric Nurse Practitioners – *Amicus*

- Oklahoma Chapter of the American Academy of Pediatrics – *Amicus*

- Oklahoma Council of Child and Adolescent Psychiatry – *Amicus*

- Patterson, Peter A. – *Attorney for Amici*

- Payton, Joshua Lee – *Attorney for Amici*

- Platzer, Luke C. – *Attorney for Plaintiffs*

- Ramer, John D. – *Attorney for Amici*

- Reinhardt, Elizabeth – *Attorney for Amici*

- Robertson, Daniel L. – *Attorney for Plaintiffs*

- Salem, Micheal C. – *Attorney for Amici*

- Sawicki, Nadia N. – *Amicus*

- Seldin, Harper Samuel – *Attorney for Plaintiffs*

- Sitton, Jocelyn Ann – *Attorney for Plaintiffs*

- Skeen, Shelly Lynn – *Attorney for Plaintiffs*

- Society for Adolescent Health and Medicine – *Amicus*

- Society for Pediatric Research – *Amicus*

- Society of Pediatric Nurses – *Amicus*

- State of Alabama – *Amicus*

- State of Alaska – *Amicus*

- State of Arkansas – *Amicus*

- State of Florida – *Amicus*

- State of Georgia – *Amicus*

- State of Idaho – *Amicus*

- State of Indiana – *Amicus*

- State of Iowa – *Amicus*

- State of Kansas – *Amicus*

- State of Kentucky – *Amicus*

- State of Mississippi – *Amicus*

- State of Missouri – *Amicus*

- State of Montana – *Amicus*

- State of Nebraska – *Amicus*

- State of North Dakota – *Amicus*

- State of South Carolina – *Amicus*

- State of South Dakota – *Amicus*

- State of Utah – *Amicus*

- State of West Virginia – *Amicus*

- Strangio, Chase – *Attorney for Plaintiffs*

- The Endocrine Society – *Amicus*

- The Pediatric Endocrine Society – *Amicus*

- The Societies for Pediatric Urology – *Amicus*

- Thompson, David H. – *Attorney for Amici*

- Ulrich, Michael R. – *Amicus*

- United States of America – *Amicus*

- Valencia, Blaine R. – *Attorney for Plaintiffs*

- Veta, D. Jean – *Attorney for Amici*

- Veroff, Julie – *Attorney for Amici*

- World Professional Association for Transgender Health – *Amicus*

- Yearby, Ruqaiijah – *Amicus*

- ☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

<u>October 16, 2023</u>
Date


<u>/s/ Laura J. Edelstein</u>
Laura J. Edelstein

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to: _____ _____ at _____, the last known address/email address, by _____.

[state method of service]

<u>October  16, 2023</u>
Date


<u> /s/ Laura J. Edelstein</u>
Laura J. Edelstein
