# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

### ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| PETER POE, *et al.*, <br><br> *Plaintiff-Appellants*, <br><br> v. <br><br> GENTNER DRUMMOND, in his official capacity as Attorney General of the State of Oklahoma, *et al.*, <br><br> *Defendants-Appellees*. | No. 23-5110 |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney hereby appears as counsel for: Peter Poe, by and through his parents and next friends, Paula Poe and Patrick Poe; Paula Poe; Patrick Poe; Daphne Doe, by and through her guardian and next friend, Donna Doe; Donna Doe; Brandon Boe, by and through his parents and next friends, Bethany Boe and Benjamin Boe; Bethany Boe; Benjamin Boe; Lydia Loe, by and through her parent and next friend, Lauren Loe; Lauren Loe; Ryan Roe, by and through his parents and next friends, Rachel and Richard Roe; Rachel Roe; and Richard Roe, who are Plaintiffs-Appellants in the above-captioned case.

Dated this 20th day of October 2023.

                Respectfully submitted,

                */s/ Sasha Buchert*
                Sasha Buchert
                    *Counsel of Record*
                LAMBDA LEGAL DEFENSE
                    AND EDUCATION FUND, INC.
                1776 K. Street, N.W., 8th Floor
                Washington, D.C. 20006
                (202) 804-6245
                sbuchert@lambdalegal.org

                *Counsel for Plaintiffs-Appellants*

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

☑ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

- Academic Pediatric Association – *Amicus*

- American Academy of Child & Adolescent Psychiatry – *Amicus*

- American Academy of Family Physicians – *Amicus*

- American Academy of Nursing – *Amicus*

- American Academy of Pediatrics – *Amicus*

- American Association of Physicians for Human Rights, Inc. d/b/a GLMA: Health Professionals Advancing LGBTQ+ Equality – *Amicus*

- American College of Obstetricians and Gynecologists – *Amicus*

- American College of Osteopathic Pediatricians – *Amicus*

- American College of Physicians – *Amicus*

- American Medical Association – *Amicus*

- American Pediatric Society – *Amicus*

- Association of Medical School Pediatric Department Chairs, Inc. – *Amicus*

- Barnes, Brian W. – *Attorney for Amici*

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

- Boskey, Elizabeth – *Amicus*
- Cohen, David S. – *Amicus*
- Cohen, I. Glenn – *Amicus*
- Dorfman, Doron – *Amicus*
- Findley, Madeline V. – *Attorney for Plaintiffs*
- Fowler, John R. – *Attorney for the United States*
- Galarneau, Charlene A. – *Amicus*
- Greene, Lauren Michelle – *Attorney for Plaintiffs*
- Hartnett, Kathleen – *Attorney for Amici*
- Haynie, Ryan – *Attorney for Amici*
- Helstrom, Zoe – *Attorney for Amici*
- Isasi, William R. – *Attorney for Amici*
- Jacobs, Dylan L. – *Attorney for Amici*
- Jaffre, Remi – *Attorney for Plaintiffs*
- Kang, Katelyn L. – *Attorney for Amici*
- Lambert, Megan – *Attorney for Plaintiffs*
- Lannin, Cortlin H. – *Attorney for Amici*
- Lawlis, Dr. Shauna – *Plaintiff*
- Manian, Maya – *Amicus*
- McGuire, Lillian Margaret – *Attorney for Plaintiffs*
- Mondry, Emily – *Attorney for Amici*
- Mor, Yuval – *Attorney for Amici*

4

- National Association of Pediatric Nurse Practitioners – *Amicus*
- Oklahoma Chapter of the American Academy of Pediatrics – *Amicus*
- Oklahoma Council of Child and Adolescent Psychiatry – *Amicus*
- Patterson, Peter A. – *Attorney for Amici*
- Payton, Joshua Lee – *Attorney for Amici*
- Platzer, Luke C. – *Attorney for Plaintiffs*
- Ramer, John D. – *Attorney for Amici*
- Reinhardt, Elizabeth – *Attorney for Amici*
- Robertson, Daniel L. – *Attorney for Plaintiffs*
- Salem, Micheal C. – *Attorney for Amici*
- Sawicki, Nadia N. – *Amicus*
- Sitton, Jocelyn Ann – *Attorney for Plaintiffs*
- Skeen, Shelly Lynn – *Attorney for Plaintiffs*
- Society for Adolescent Health and Medicine – *Amicus*
- Society for Pediatric Research – *Amicus*
- Society of Pediatric Nurses – *Amicus*
- State of Alabama – *Amicus*
- State of Alaska – *Amicus*
- State of Arkansas – *Amicus*
- State of Florida – *Amicus*
- State of Georgia – *Amicus*
- State of Idaho – *Amicus*

5

- State of Indiana – *Amicus*
- State of Iowa – *Amicus*
- State of Kansas – *Amicus*
- State of Kentucky – *Amicus*
- State of Mississippi – *Amicus*
- State of Missouri – *Amicus*
- State of Montana – *Amicus*
- State of Nebraska – *Amicus*
- State of North Dakota – *Amicus*
- State of South Carolina – *Amicus*
- State of South Dakota – *Amicus*
- State of Utah – *Amicus*
- State of West Virginia – *Amicus*
- Strangio, Chase – *Attorney for Plaintiffs*
- The Endocrine Society – *Amicus*
- The Pediatric Endocrine Society – *Amicus*
- The Societies for Pediatric Urology – *Amicus*
- Thompson, David H. – *Attorney for Amici*
- Ulrich, Michael R. – *Amicus*
- United States of America – *Amicus*
- Valencia, Blaine R. – *Attorney for Plaintiffs*
- Veta, D. Jean – *Attorney for Amici*

6

- Veroff, Julie – *Attorney for Amici*

- World Professional Association for Transgender Health – *Amicus*

- Yearby, Ruqaiijah – *Amicus*

☐ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

<u>October 20, 2023</u>
Date

<u> /s/ Sasha Buchert</u>
Signature

## CERTIFICATE OF SERVICE

I hereby certify that:

☒ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance Form to: _____
_____
at _____,
the last known address/email address, by _____.
                                         [state method of service]

<u>October 20, 2023</u>
Date

<u> /s/ Sasha Buchert</u>
Signature